UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cr-265-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| CHRISTOPHER DAVID BROWN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 41).

**ORDER**

**IT IS HEREBY ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: July 25, 2024

Max O. Cogburn Jr.
United States District Judge

1